## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GREGORY C. LAFLER,** | ) | **CASE NO. 4:08CV3252** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **DENNIS CONNOT, and A.J. WATSON, (313-N.S.P.),** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on its own motion.  On February 3, 2009, the court entered a Memorandum and Order requiring Plaintiff to either file a new in forma pauperis application or pay the $350.00 filing fee by March 3, 2009.  (Filing No. 10.)  Rather than comply with the court's order, Plaintiff submitted payment of $1.50.  The court will permit Plaintiff one additional opportunity to either pay the remainder of the $350.00 filing fee or submit a new motion to proceed in forma pauperis.  **However, the court will not accept additional partial payments.**

IT IS THEREFORE ORDERED that:

1.    The Clerk of the court shall accept the $1.50 submitted by Plaintiff;

2.    By March 20, 2009, Plaintiff shall either file a new Application to Proceed in Forma Pauperis or pay the remainder of the $350.00 filing fee.  If Plaintiff fails to comply with this Memorandum and Order, this case will be dismissed without prejudice and without further notice;

3.    **Plaintiff shall not submit additional partial payments and the court will not accept additional partial payments.**  In the event that Plaintiff submits an amount less than $348.50, the funds will be returned to him and this matter will be dismissed as set forth above;

4.    The Clerk of the court shall send to Plaintiff Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit;"

5.      Plaintiff is reminded to keep the court informed of his current address at all times while this case is pending; failure to do so could result in dismissal; and

6.      The Clerk of the court is directed to set a pro se case management deadline with the following text: March 20, 2009:  deadline for Plaintiff to file new IFP application or pay filing fee.

DATED this 24th day of February, 2009.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge