IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **GREGORY C. LAFLER,** | CASE NO. 4:08CV3252 |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| **DENNIS CONNOT, and A.J. WATSON,** | |
| Defendants. | |

This matter is before the court on its own motion. On February 24, 2009, the court entered a Memorandum and Order requiring that Plaintiff "either file a new Application to Proceed in Forma Pauperis or pay the remainder of the $350.00 filing fee" by March 20, 2009. (Filing No. 11 at CM/ECF p. 1.) The court warned Plaintiff that if he failed to comply this case would be "dismissed without prejudice and without further notice." (*Id*.) It is now March 27, 2009, and Plaintiff has not responded to the court's Memorandum and Order.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 30th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge